589 STORTZ vs. CIRCUIT JUDGE (Ingham), 38 M., 243.

To compel respondent to vacate an order giving costs to defendant in a breach of promise case, on a judgment for plaintiff for $100.

Denied June 23, 1878.

590 FRANK VS. CIRCUIT JUDGE (Wayne), 54 M., 241.

To vacate order granting costs to a defendant on a judgment in his favor upon one count of the declaration, where plaintiff had judgment on other counts.

Denied June 24, 1884.

Held, that it did not satisfactorily appear that the count on which defendant had a verdict in his favor was for the same cause of action for which plaintiff recovered.

591 BERNDT ET AL. vs. CIRCUIT JUDGE (Ionia), No. 15851; 69 N. W., 661; 3 D. L. N., 725.

To compel respondent to set aside a judgment for costs to defendant, in a replevin suit brought in the Circuit Court for a number of articles, appraised at $241.60, all of which were taken on the writ, but plaintiff had a verdict for but two of the articles, valued at $22.

Denied December 24, 1896, with costs.

Held, that under How. Stat., Secs. 8964 and 8967 the recovery being less than $100, defendant is entitled to costs.